```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 23182
   PHILIP AMATO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0738


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/10/2005 and was confirmed 08/22/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 03/04/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00             .00
PARK EDGEWATER CONDO ASS  SECURED            7239.35         659.80         9200.33
ILLINOIS DEPT OF REVENUE  PRIORITY           1756.12            .00         1179.36
DEPARTMENT OF TREASURY    PRIORITY         NOT FILED            .00             .00
B-FIRST LLC               UNSECURED          9039.37            .00             .00
ACADEMY COLLECTION SERVI  NOTICE ONLY      NOT FILED            .00             .00
ALLIANCE ONE              UNSECURED        NOT FILED            .00             .00
AMERICAN EXPRESS TRAVEL   UNSECURED          2725.96            .00             .00
AMERICAN EXPRESS          NOTICE ONLY      NOT FILED            .00             .00
AMERICAN EXPRESS TRAVEL   UNSECURED         10251.44            .00             .00
AMERICAN EXPRESS          NOTICE ONLY      NOT FILED            .00             .00
AMERICAN HONDA FINANCE C  UNSECURED          9633.43            .00             .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED            .00             .00
ATG CREDIT LLC            UNSECURED        NOT FILED            .00             .00
RESURGENT ACQUISITION LL  UNSECURED          9152.18            .00             .00
CITY OF CHICAGO PARKING   UNSECURED           100.00            .00             .00
CITY OF CHICAGO BUREAU P  NOTICE ONLY      NOT FILED            .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED          5806.93            .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         13544.45            .00             .00
I C COLLECTION SERVICE    UNSECURED        NOT FILED            .00             .00
NATIONAL ACTION FINANCIA  UNSECURED        NOT FILED            .00             .00
PROVIDIAN BANCORP         FILED LATE         3130.00            .00             .00
LVNV FUNDING LLC          UNSECURED          8365.56            .00             .00
ROUNDUP FUNDING LLC       UNSECURED          5564.94            .00             .00
ILLINOIS DEPT OF REVENUE  UNSECURED           259.60            .00             .00
INTERNAL REVENUE SERVICE  FILED LATE         5802.69            .00             .00
INTERNAL REVENUE SERVICE  FILED LATE         1796.90            .00             .00
LEGAL FOUNDATION OF METR  DEBTOR ATTY            .00                            .00
TOM VAUGHN                TRUSTEE                                           650.51
DEBTOR REFUND             REFUND                                                .00

    Summary of Receipts and Disbursements:

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 23182 PHILIP AMATO
```

```
--------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  11,690.00

PRIORITY                                       1,179.36
SECURED                                        9,200.33
    INTEREST                                     659.80
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             650.51
DEBTOR REFUND                                       .00
                         ---------------   ---------------
TOTALS                   11,690.00             11,690.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 06/23/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 05 B 23182 PHILIP AMATO