```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 23182
   PHILIP AMATO
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0738

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 06/10/2005 and was confirmed 08/22/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

   The case was converted to chapter 7 after confirmation 03/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00           .00            .00
PARK EDGEWATER CONDO ASS   SECURED            7239.35        659.80        7239.35
ILLINOIS DEPT OF REVENUE   PRIORITY           1756.12           .00        1179.36
DEPARTMENT OF TREASURY     PRIORITY         NOT FILED           .00            .00
B-FIRST LLC                UNSECURED          9039.37           .00            .00
ACADEMY COLLECTION SERVI   NOTICE ONLY      NOT FILED           .00            .00
ALLIANCE ONE               UNSECURED        NOT FILED           .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED          2725.96           .00            .00
AMERICAN EXPRESS           NOTICE ONLY      NOT FILED           .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED         10251.44           .00            .00
AMERICAN EXPRESS           NOTICE ONLY      NOT FILED           .00            .00
AMERICAN HONDA FINANCE C   UNSECURED          9633.43           .00            .00
ARROW FINANCIAL SERVICES   UNSECURED        NOT FILED           .00            .00
ATG CREDIT LLC             UNSECURED        NOT FILED           .00            .00
RESURGENT ACQUISITION LL   UNSECURED          9152.18           .00            .00
CITY OF CHICAGO PARKING    UNSECURED           100.00           .00            .00
CITY OF CHICAGO BUREAU P   NOTICE ONLY      NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED          5806.93           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         13544.45           .00            .00
I C COLLECTION SERVICE     UNSECURED        NOT FILED           .00            .00
NATIONAL ACTION FINANCIA   UNSECURED        NOT FILED           .00            .00
PROVIDIAN BANCORP          FILED LATE         3130.00           .00            .00
LVNV FUNDING LLC           UNSECURED          8365.56           .00            .00
ROUNDUP FUNDING LLC        UNSECURED          5564.94           .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED           259.60           .00            .00
INTERNAL REVENUE SERVICE   FILED LATE         5802.69           .00            .00
INTERNAL REVENUE SERVICE   FILED LATE         1796.90           .00            .00
LEGAL FOUNDATION OF METR   DEBTOR ATTY            .00                          .00
TOM VAUGHN                 TRUSTEE                                          479.98
DEBTOR REFUND              REFUND                                         2,131.51

         Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 23182 PHILIP AMATO
```

```
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 11,690.00

PRIORITY                                       1,179.36
SECURED                                        7,239.35
    INTEREST                                     659.80
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             479.98
DEBTOR REFUND                                  2,131.51
                        ---------------      ---------------
TOTALS                  11,690.00             11,690.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 09/04/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 05 B 23182 PHILIP AMATO